PD-0692-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/4/2015 3:57:57 PM
Accepted 6/8/2015 2:38:04 PM
ABEL ACOSTA
CLERK

No. 14-13-00855-CR

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

ALISHA MARIE DRAKE,                                                           Appellant

v.

THE STATE OF TEXAS,                                                           Appellee

Appeal from Galveston County

\* \* \* \* \*

**STATE'S MOTION TO EXTEND TIME FOR
FILING ITS
PETITION FOR DISCRETIONARY REVIEW**

\* \* \* \* \*

FILED IN
COURT OF CRIMINAL APPEALS

June 8, 2015

ABEL ACOSTA, CLERK

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

John R. Messinger
sst. State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its motion to extend the time for filing its petition for discretionary review to and including the 6th day of July, 2015. Since the lower court's opinion was issued, the undersigned attorney completed four petitions, prepared for and spoke at one conference, and attended a separate three-day conference. The unusual demands of the last month created an unexpected shortage of time. No previous motions to extend the deadline for filing this petition have been filed.

WHEREFORE, the State prays that its motion to extend the time for filing its petition until July 6, 2015, be granted.

Respectfully submitted,

  /s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

1

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Petition for Discretionary Review has been eFiled or e-mailed on this the 4th day of June, 2015 to:

Allison Lindblade
Galveston County Assistant Criminal District Attorney
600 59th Street, Suite 1001
P. O. Box 17254
Galveston, Texas 77551
allison.lindblade@co.galveston.tx.us

Joel H. Bennett
Sears & Bennett, LLP
1100 Nasa Parkway, Suite 302
Houston, Texas 77058
joel@searsandbennett.com

      /s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney